# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

FLORIDA ASSOCIATION OF CHRISTIAN CHILD CARING AGENCIES,

Appellant,

v.

THE NEW YORK TIMES COMAPANY and LAURA MOREL,

Appellees.

No. 2D2025-0842
_____

January 28, 2026

Appeal from the Circuit Court for Hillsborough County; Melissa Polo, Judge.

Jeremy D. Bailie and Sandford Blaine Kinne of Weber, Crabb & Wein, P.A., St. Petersburg, for Appellant.

Rachel E. Fugate and Giselle M. Girones of Shullman Fugate PLLC, Tampa, for Appellees.


PER CURIAM.

Affirmed.

KELLY, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.